UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BARDELL J. ANDERTON,<br><br>    Plaintiff,<br><br>  v.<br>AVERY FINANCIAL SERVICES, Jeff Avery, Dan Hebdon, Debbie Criddle, Dan C. Nye, Dale Hitch, Mitchell Brown, FREMONT INVESTMENT & LOAN, 1ST AMERICAN TITLE CO., LITTON LOAN SERVICE, MERS aka Mortgage Electronic Registration Services, C-BASS aka Credit Based Asset Servicing & Securitization, NORTHWEST TRUSTEE SERVICES, ROUTH CRABTREE OLSEN P.S., Lance Olsen, ACE SECURITIES CORP. HOME EQUITY LOAN TRUST SERIES 2004-FMI, Derrick O'Neill, HSBC, BANK, USA, BANNOCK COUNTY (DEPUTY SHERIFF, Barker), Randy Smith, Ronald Bush, Peter McDermott, William Woodland, and Lynn Winmill, and un-named/unknown Defendants 1- 100,<br><br>    Defendants. | Case No. 4:10-CV-00392-EJL-CWD<br><br>**JUDGMENT** |

**JUDGMENT- 1**

Based upon this Court's Order Adopting Report and Recommendation, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREE** that Plaintiff take nothing from the Defendants, all claims are **DISMISSED IN THEIR ENTIRETY** and the case closed.

DATED:  September 29, 2011

*[signature]*

**Honorable Edward J. Lodge**
**U. S. District Judge**